UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

**U.S.A. vs. Richard Michael Reyes**            Docket No. 7:99-CR-16-1F

**Petition for Action on Supervised Release**

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Richard Michael Reyes, who, upon an earlier plea of guilty to Conspiracy to Distribute Marijuana, Lysergic Acid Diethylamide (LSD), Cocaine Base (Crack), and Methamphetamine and to Manufacture Cocaine Base (Crack) and Methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(a)(1), was sentenced by the Honorable James C. Fox, U.S. District Judge on June 29, 1999, to the custody of the Bureau of Prisons for a term of 212 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On July 23, 2001, pursuant to a Federal Rule of Criminal Procedure 35(b) motion, the term of imprisonment was reduced to 159 months. Richard Michael Reyes was released from custody on August 13, 2010, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 7, 2015, Reyes committed the offense of Driving While Impaired in Cumberland County, North Carolina. He admitted to this probation officer that he operated a motor vehicle after consuming alcohol. As a sanction for this conduct and in an effort to deter future criminal conduct, we are recommending that the conditions of supervised release be modified to include 60 days of home detention. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ Keith W. Lawrence |
| Robert L. Thornton | Keith W. Lawrence |
| Supervising U.S. Probation Officer | Senior U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2538 |
| | Executed On: February 13, 2015 |

**ORDER OF THE COURT**

Considered and ordered this _13th_ day of _February_, 2015 and ordered filed and made a part of the records in the above case.

_James C. Fox_
James C. Fox
Senior U.S. District Judge